1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANIEL MOLINA,                    )
                                  )
          Plaintiff,              )        2:11-cv-194-LDG-RJJ
                                  )
vs.                               )
                                  )        REPORT & RECOMMENDATION
WAL-MART STORES, INC., etc., *et al.*,    )            OF UNITED STATES
                                  )          MAGISTRATE JUDGE
          Defendant,              )
_____)

15    This matter came before the Court on June 20, 2011, for a hearing on an Emergency

16  Motion to Compel (#18) and Order to Show Cause (#19).

17    Plaintiff, Daniel Molina, pro per,  was present at the hearing. Also present was Anthony

18  Julian Sharp, Esq., counsel for Defendant Wal-Mart Stores, Inc. The Court canvassed and heard

19  the representations of the parties. During the course of the hearing, Plaintiff, Daniel Molina

20  advised the court that he no longer wanted to proceed with this case. Further, the Plaintiff, Daniel

21  Molina made an oral request to dismiss this case. Good cause appearing therefore,

22                          **RECOMMENDATION**

23    IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be

24  DISMISSED WITH PREJUDICE.

25                              **NOTICE**

26    Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and

27  Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14)

28  days after service of this Notice.  The Supreme Court has held that the courts of appeal may

1   determine that an appeal has been waived due to the failure to file objections within the

2   specified time.  Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).  This

3   Circuit has also held that (1) failure to file objections within the specified time and (2) failure to

4   properly address and brief the objectionable issues waives the right to appeal the District Court's

5   order and/or appeal factual issues from the order of the District Court.  Martinez v. Ylst, 951

6   F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir.

7   1983).

8           DATED this   29th   day of June, 2011.

9

10                                          _____
                                            ROBERT J. JOHNSTON
11                                          United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28