# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANIEL MOLINA, | 2:11-cv-194-LDG-RJJ |
| Plaintiff, | **ORDER** |
| VS. | |
| WAL-MART STORES, INC., a foreign corporation, DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff Daniel Molina appeared before Magistrate Judge Robert Johnston on June 20, 2011, on an Emergency Motion to Compel and Order to Show Cause. At the hearing, Molina made an oral request to dismiss the case. The Magistrate Judge has issued a Report and Recommendation recommending that Molina's case be dismissed with prejudice. Neither party filed an objection to the Magistrate Judge's Report and Recommendation. Accordingly,

THE COURT HEREBY ADOPTS the Magistrate Judge's report and recommendation (#23), and orders that this case is hereby DISMISSED.

Dated this 19 day of July, 2011

_____
Lloyd D. George
United States District Judge